MUCH SHELIST, P.C.
ISAAC R. ZFATY, State Bar No. 214987
izfaty@muchlaw.com
GARRETT M. PRYBYLO (CDBN 304994)
gprybylo@muchlaw.com
660 Newport Center Dr., Suite 900
Newport Beach, CA 92663
Tel: (949) 767-2200

LAW OFFICES OF STEVEN G. POLIN
Steven G. Polin (DCBN 439234)
Spolin2@earthlink.net
3034 Tennyson Street, NW
Washington, D.C. 20015
Tel:  (202) 331-5848

Attorneys for Plaintiff PACIFIC SHORES, LLC

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - SOUTHERN DIVISION**

| | |
|---|---|
| **PACIFIC SHORES, LLC,**<br>**a California Limited Liability corporation,**<br><br>            Plaintiffs,<br><br>       vs.<br><br>**CITY OF COSTA MESA,**<br>**a municipal corporation**<br><br>            Defendant. | Case No. 8:18-cv-01170 JVS (PJWx)<br><br>*Hon. James V. Selna*<br><br>**SECOND AMENDED NOTICE OF APPEAL** |

    Please take notice that plaintiff Pacific Shores, LLC hereby amends its notice of appeal to the United States Court of Appeals for the Ninth Circuit filed April 16, 2020 (ECF 57) to include appeal from the Order Regarding Motion for Attorney's Fees filed August 21, 2020 (ECF 72).

//

//

//

1     There are no reporter's transcripts associated with that order.

2     Dated: August 25, 2020.

3                             Respectfully submitted,

4

5                             LAW OFFICES OF STEVEN G. POLIN
                              MUCH SHELIST, P.C.

6                            */s/Garrett Prybylo*
7                             Garrett Prybylo
                            Much Shelist, P.C.

8                             Attorneys for Plaintiff

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28