FILED

SEP 14 2020

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| PACIFIC SHORES, LLC, a California limited liability corporation, | No. 20-55456 |
| Plaintiff-Appellant, | D.C. No. 8:18-cv-01170-JVS-PJW Central District of California, Santa Ana |
| v. | |
| CITY OF COSTA MESA, a municipal corporation, | ORDER |
| Defendant-Appellee. | |

The Clerk is directed to temporarily close this court's docket for administrative purposes only until November 10, 2020. This administrative closure is not a decision on the merits and no mandate will issue in connection with this order.

If this matter is resolved before November 10, 2020, appellant shall file either a motion or stipulation to dismiss this appeal pursuant to Fed. R. App. P. 42(b).

At any time before November 10, 2020, any party may request that this appeal be reopened.

On or before October 26, 2020, counsel are requested to contact the mediator to report on the status of the case.

                                                        FOR THE COURT

                                                        By: Jonathan Westen  
                                                        Circuit Mediator

JW/Mediation