**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

DEC 2 2021

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

PACIFIC SHORES, LLC, a California limited liability corporation,

        Plaintiff-Appellant,

v.

CITY OF COSTA MESA, a municipal corporation,

        Defendant-Appellee.

No. 20-55456

D.C. No. 8:18-cv-01170-JVS-PJW
Central District of California, Santa Ana

ORDER

Appellant's motion to voluntarily dismiss this appeal (Docket Entry No. 39) is granted. Fed. R. App. P. 42(b). The parties shall bear their own costs on appeal.

A copy of this order shall serve as and for the mandate of this court.

        FOR THE COURT:

        By: Jonathan Westen
        Circuit Mediator